# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.  NO.  4:22CR00243 KGB

LARRY COLLINS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Pope County Detention Center and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

 We command that you surrender the body of LARRY COLLINS Inmate ID: 2022090045 detained in the Pope County Detention Center, Russellville, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on December 1, 2023 at 3:30 p.m., before the Honorable Kristine G. Baker, and after the proceedings have been concluded, that you return LARRY COLLINS to Pope County Detention Center under safe and secure conduct.

 IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 14 November 2023.

_____
UNITED STATES MAGISTRATE JUDGE